SCHOOL COMMITTEE OF BOSTON & others *vs.* MAYOR OF BOSTON. July 18, 1980. The interlocutory injunction which was entered in the Superior Court on June 26, 1980, is vacated (G. L. c. 231, § 118, second par.) for the reason (if no other) that the relevant statutory provisions (some of which are discussed in *Pirrone* v. *Boston,* 364 Mass. 403 [1973]), and in particular the provisions of St. 1909, c. 486, § 16, cast substantial doubt on the likelihood that any of the plaintiffs will ultimately succeed on the merits in this action.

*So ordered.*

*Harold J. Carroll*, Corporation Counsel, *& William J. Smith*, Assistant Corporation Counsel, for the defendant.

*Paul F. Kelly* for the Boston Association of School Administrators & Supervisors.

*James S. Tobin* for the School Committee of Boston & another.

*Elizabeth A. Kovalcik* for Joseph B. Buckley & another.